UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1880 (L)
(3:12-cv-00007-JFA)
_____

RICHARD STOGSDILL; NANCY STOGSDILL, Parent of Richard Stogsdill, on behalf of themselves and other similarly situated persons; ROBERT LEVIN; MARY SELF, Parent of Robert Levin, on behalf of themselves and other similarly situated persons

    Plaintiffs - Appellants

v.

ALEX M. AZAR, II, Secretary of Health and Human Services; ANTHONY KECK; SOUTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES; CMS; JOHN DOES 1-20; TIMOTHY HILL, Acting Director for the Center for Medicaid and CHIP Services

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file separate briefs, the court grants the motion.

Alex M. Azar, II, is substituted for party Kathleen Sebelius, and Timothy Hill is substituted for party Cynthia Mann.

All parties to a side shall continue to share time for oral argument provided by this court's Local Rule 34(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk